**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Wynor Aroldo Ramirez Vasquez,
Petitioner,
v.
Luis Rosa, Jr.,
Respondent.

No. CV-26-06949-PHX-DJH

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)

The Court ordered Respondent to show cause why the Petition should not be granted. (Doc. 3.) In the Response, Respondent states: "Respondent's oppose release at this time because Petitioner is entitled to a bond hearing pursuant to 1226(a) and Respondent's do not oppose a bond hearing." (Doc. 6.) The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as described herein.

(2) Respondent must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

(3) Respondent must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 7th day of October, 2026.

Honorable Diane J. Humetewa
United States District Judge